# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDIL OMAR RODRIGUEZ FUENTES, | : | Civil No. 3:19-CV-01516 |
| Petitioner, | : | |
| v. | : | |
| DISTRICT ATTORNEY FOR NORTHUMBERLAND COUNTY, *et al.* | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 16th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Respondents' motion to dismiss (Doc. 19) is **GRANTED**.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as untimely.

3. Petitioner's motion to compel discovery (Doc. 23) is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close this case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania